IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CIT SMALL BUSINESS LENDING CORP.<br>One CIT Drive<br>Livingston, NJ 07039<br><br>    Plaintiff<br><br>        v.<br><br>SYSTEMS ENGINEERING/R.I. INC.<br>Serve:<br>LPRA, Inc.<br>4725 Wisconsin Ave. Suite 250<br>Washington DC 20016<br><br>SYSTEMS ENGINEERING N.Y.A. INC.<br>Serve:<br>Robert Leibner<br>4725 Wisconsin Ave. Suite 250<br>Washington DC 20016<br><br>    Defendants | Civil No. |

**COMPLAINT**

Plaintiff CIT Small Business Lending Corp. ("CIT"), by and through counsel states as follows:

**JURISDICTION AND VENUE**

1. Plaintiff CIT is a Delaware Corporation with its principal place of business in New Jersey.

2. Defendant SYSTEMS ENGINEERING /R.I. INC. was a District of Columbia corporation.  Its principal place of business was in the District of Columbia.   Its charter was revoked by the Department of Consumer and Regulatory Affairs.

3. Defendant SYSTEMS ENGINEERING N.Y.A. INC. District of Columbia corporation.  Its principal place of business is in the District of Columbia.

4. This Court has jurisdiction over this matter because there is complete diversity of citizenship and the amount in controversy reasonably exceeds $75,000.00. Venue is proper in this District and Division because the Defendants reside within the Division.

## COUNT I

5. On or about April 30, 2007 Defendants executed a promissory note in favor of CIT in the principal amount of One Million Five Thousand Dollars ($1,005,000.00) (the "Note").

6. A true and accurate copy of the Note is attached hereto as Exhibit A.

7. CIT is the holder of the Note.

8. Defendants defaulted on the Note by *inter alia,* failing to make payment when due.

9. Under the terms of the Note, Defendants are liable to CIT for all amounts due, including interest, late fees, expenses and attorney's fees.

10. Under the terms of the Note, Defendants waived presentment, demand notice of dishonor and all other notices. The balance due as of January 10, 2014 is as follows:

| | |
|---|---|
| Principal: | $ 415,980.30 |
| Interest: | $ 17,379.88 |
| Late Charge: | $ 16,318.12 |
| Credit | $ 1,630.70 |
| Repo costs | $ 6,825.00 |
| Legal fees (prior counsel) | $ 4,040.94 |
| **Total Due:** | **$ 462,174.94** |

plus per diem interest of $56.98, costs and legal fees.

WHEREFORE Plaintiff requests judgment in its favor against Defendants, jointly and severally, in the amount of $462,174.94, plus per diem interest from January 10, 2014 of $56.98, costs and legal fees.

```
```
Respectfully submitted,

\_\_\_/s/ Joel S. Aronson_____
Joel S. Aronson Bar No. 366649
RIDBERG ARONSON LLC
6411 Ivy Lane
Suite 405
Greenbelt MD 20770
301 907 6555
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CIT SMALL BUSINESS LENDING CORP.<br>One CIT Drive<br>Livingston, NJ 07039<br><br>   Plaintiff<br><br>     v.<br><br>SYSTEMS ENGINEERING/R.I. INC.<br>Serve:<br>LPRA, Inc.<br>4725 Wisconsin Ave. Suite 250<br>Washington DC 20016<br><br>SYSTEMS ENGINEERING N.Y.A. INC.<br>Serve:<br>Robert Leibner<br>4725 Wisconsin Ave. Suite 250<br>Washington DC 20016<br><br>   Defendants | Civil No. |

## DISCLOSURE OF CORPORATE INTERESTS

    Plaintiff CIT Small Business Lending Corporation is a subsidiary of The CIT Group, Inc. which trades under the symbol CIT.

                                      Respectfully submitted,

                                      ___/s/ Joel S. Aronson_____
                                      Joel S. Aronson Bar No. 42112
                                       RIDBERG ARONSON LLC
                                       6411 Ivy Lane
                                       Suite 405
                                       Greenbelt MD 20770
                                       301 907 6555
                                       Attorneys for Plaintiff